99–1718.  Blondheim v. Morgan.
In Habeas Corpus. On petition for writ of habeas corpus by Timothy J. Blondheim. *Sua sponte*, cause

dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.